GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### Southern District of Georgia
### Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Baheem Frazier | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 4:17CR00262-3<br>USM Number: 22538-021<br><br>Justin D. Maines<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.
☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 12, 2021 |
| 2 | You failed to report to the probation officer as directed by the Court or probation officer (standard condition). | March 8, 2021 |

*See Page 2 for Additional Violations.*

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 3090

June 15, 2023
Date of Imposition of Judgment

Defendant's Year of Birth: 1992

City and State of Defendant's Residence:

Savannah, Georgia

*[signature]*
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

JUNE 20, 2023
Date

DEFENDANT:      Baheem Frazier
CASE NUMBER:    4:17CR00262-3

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You failed to answer truthfully to inquiries by the probation officer (standard condition). | July 2021 |
| 4 | You failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | July 2021 |
| 5 | You failed to work fulltime at a lawful occupation and failed to notify the probation officer at least ten days before employment change (standard condition). | July 27, 2021 |
| 6 | You failed to participate in a substance abuse treatment program and follow the rules and regulations of that program (special condition). | July 23, 2021 |
| 7 | You failed to participate in an educational services program as directed and approved by the probation officer (special condition). | July 20, 2021 |

DEFENDANT: Baheem Frazier
CASE NUMBER: 4:17CR00262-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>24 months.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit toward this federal sentence for all time served in custody since May 3, 2023.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL